Daniel W. Maguire (SBN 120002)
E-mail: *dmaguire@bwslaw.com*
Michael B. Bernacchi (SBN 163657)
E-mail: *mbernacchi@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WRANGAH DARGAHI,<br><br>             Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. CV 13-2903 JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>**Complaint served:  June 26, 2013**<br>**Current response date:  July 17, 2013**<br>**New response date:  August 2, 2013** |

Plaintiff Wrangah Dargahi ("Dargahi") served Defendant Unum Life Insurance Company of America ("Unum") with the Complaint on June 26, 2013, such that any responsive pleading would be due on July 17, 2013.  Pursuant to Local Rule 6-1(a), Dargahi and Unum, by and through counsel, hereby stipulate and agree that Unum shall have an extension of time within which to respond to the

/ / /

/ / /

/ / /

1  Complaint to and including August 2, 2013.  Said extension is necessary to allow
2  Unum's counsel time to obtain the necessary files to prepare an appropriate
3  response.

5  DATED:  July 3, 2013                 PILLSBURY & LEVINSON, LLP
                                        ARNOLD R. LEVINSON
6                                       TERRENCE J. COLEMAN

8                                       By:  *s/ Terrence J. Coleman*
                                             TERRENCE J. COLEMAN
9                                            Attorneys for Plaintiff
                                             Wrangah Dargahi

12  DATED:  July 3, 2013                BURKE, WILLIAMS & SORENSEN, LLP
                                        DANIEL W. MAGUIRE
13                                      MICHAEL B. BERNACCHI

15                                      By:  *s/ Daniel W. Maguire*
                                             DANIEL W. MAGUIRE
16                                           Attorneys for Defendant
                                             Unum Life Insurance Company of
17                                           America

19  Dated: 7/10/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4823-6145-5636 v1

- 2 -

CASE NO. CV 13-2903 JCS
STIPULATION EXTENDING TIME FOR UNUM
TO RESPOND TO COMPLAINT