JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRANGAH DARGAHI, | Case No. 2:13-CV-7972-GW (PJWx) |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Honorable George H. Wu |
| Defendant. | |

Upon consideration of the parties' stipulation, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 4, 2014

_____
Honorable George H. Wu
United States District Judge